**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 11-bk-55346 |
| Robert & Sarah Rush | } |
| | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

### Notice of Change of Address

**My Former Mailing Address was**:

Name:          Robert & Sarah Rush

Street:         178 Mill Run Road Lot 8

City, State, Zip: Waverly, OH 45690

**Please be advised that effective December 1, 2015,**
**My new mailing address is:**

Name:          Robert & Sarah Rush

Street:         314 E. 5th St.

City, State, Zip: Chillicothe, OH 45601

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on December 1, 2015 to the following:

**Trustee:**
Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Robert & Sarah Rush
314 E. 5th St.
Chillicothe, OH 45601

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480